AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| MARIA CONIGLIO, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-02987-NRM-RER |
| NICHOLAS CUCUZZA, DANIELA CUCUZZA, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Cucuzza, Daniela Cucuzza, and APB Distribution LLC.

Date: 05/15/2023

/s/ Brian A. Bloom
*Attorney's signature*

Brian A. Bloom
*Printed name and bar number*
Tarter Krinsky & Drogin LLP
910 Franklin Avenue
Garden City, NY 11530
*Address*

bbloom@tarterkrinsky.com
*E-mail address*

(516) 464-3570
*Telephone number*

(212) 574-0325
*FAX number*